871 A.2d 1248

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Gregory MILES, Appellee.**

Supreme Court of Pennsylvania.

Argued April 11, 2005.

Decided April 26, 2005.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.